UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNATHAN SAMUEL HARRIS,
    Plaintiff,

vs.                                          Case No.: 3:20cv2336/LAC/EMT

GREGORY WISE,
    Defendant.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on September 3, 2020 (ECF No. 15). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The chief magistrate judge's Report and Recommendation (ECF No. 15) is adopted and incorporated by reference in this order.

2. Plaintiffs' complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 2nd day of October, 2020.

                *s/L.A. Collier*
                **LACEY A. COLLIER**
                **SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:20cv2336/LAC/EMT